# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN BUTSINAS,

    Petitioner,                                 Civil No. 4:19-cv-11789
                                                          Hon. Matthew F. Leitman

v.

PAT WARREN,

    Respondent.

_____/

## OPINION AND ORDER HOLDING IN ABEYANCE
## THE PETITION FOR WRIT OF HABEAS CORPUS AND
## ADMINISTRATIVELY CLOSING CASE

John Butsinas, ("Petitioner"), filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state court conviction. Respondent filed a motion to hold the petition in abeyance during the pendency of petitioner's appeal from his re-sentencing. Petitioner's attorney concurs with the request.

The Court holds the petition in abeyance during the pendency of petitioner's appeal from the re-sentencing. This tolling is conditioned upon petitioner moving to reopen the case within ninety days after the completion of any re-sentencing appeal in the Michigan appellate courts. *Hargrove v. Brigano,* 300 F.3d 717, 721 (6th Cir. 2002). The Court administratively closes the case for statistical purposes.

                                                         /s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: January 9, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 9, 2020, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764