UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN BUTSINAS,

    Petitioner,

v.

                                  Civil No. 19-cv-11789
                                  Hon. Matthew F. Leitman

GEORGE STEPHENSON,[1]

    Respondent.
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **GRANTED**.

---

[1] The Court amends the case caption to reflect that Butsinas' current custodian is George Stephenson, the warden at the Macomb Correctional Facility where Butsinas is currently incarcerated. *See Edwards Johns,* 450 F.Supp.2d 755, 757 (E.D. Mich. 2006); *see also* Rule 2(a), 28 foll. U.S.C. § 2254.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

KINIKIA ESSIX  
CLERK OF COURT

By: s/Holly A. Ryan  
Deputy Clerk

Approved:

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
United States District Judge

Dated: February 9, 2023  
Detroit, Michigan